**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Bruce Wilson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2013-001275

---

**ON WRIT OF CERTIORARI**

---

Appeal from Richland County
James C. Williams, Circuit Court Judge
Clifton Newman, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-038
Submitted June 15, 2015 – Filed June 24, 2015

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General J. Clayton Mitchell, both of Columbia, for Respondent.

---

**PER CURIAM:** Petitioner's first application for post-conviction relief was denied by Judge Williams. No notice of appeal was filed. Petitioner sought a writ of certiorari from an order issued by Judge Newman denying Petitioner a belated review of Judge Williams' order pursuant to *Austin v. State*, 305 S.C. 453, 409 S.E.2d 395 (1991). This Court granted the petition for a writ of certiorari from Judge Newman's order, dispensed with further briefing, and issued a writ of certiorari to review Judge Williams' order. We have carefully considered the briefs and applicable law, and we now dismiss certiorari as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**